UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CLEAMENT FRANCE,                                :

                Plaintiff,         :        ORDER

       -v.-                                        :
                                                                       19 Civ. 9881 (PGG) (GWG)
POLICE OFFICER FRED DORCH, POLICE   :
OFFICER LUIS ANGELES, POLICE OFFICER
WILLIAM ROJAS, CITY OF NEW YORK     :

                Defendants.     :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Defendants filed a motion for summary judgment on September 27, 2021. (Docket # 54). On September 28, 2021, the Court ordered a briefing schedule for defendants' motion under which plaintiff's opposition was due on October 27, 2021. (Docket # 59). To date, plaintiff's opposition has not appeared on the docket sheet.

      Accordingly, plaintiff is hereby ordered to either (1) file his opposition to defendants' motion by November 29, 2021, or (2) file a letter with the Court stating that he does not oppose the motion. If plaintiff files an opposition by November 29, 2021, defendants' reply brief will be due December 13, 2021.

      Plaintiff is warned that failure to comply with this Order may result in dismissal of plaintiff's case under Fed. R. Civ. P. 41(b) for failure to prosecute.

      SO ORDERED.

Dated:  New York, New York
           November 12, 2021

                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge

Copy Mailed by Chambers to Pro Se Plaintiff